In The

Court of Criminal Appeals

of Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 20 2015

Abel Acosta, Clerk

| | | |
|---|---|---|
| Darryl Dewayne Williams | § | In the 19th Judicial |
| Vs. | § | District Court of |
| The State of Texas | § | McLennan County, Texas |

Motion to Suspend Rule 9.3 (b)

of the Texas Rules of Appellant Procedure

Trial Cause No. 2012-750-C1   and Appellant No. 10-14-00030-CR

TO the Honorable Judge of said Court:

Comes now, Darryl Dewayne Williams, TDCJ-CID # 01910015,

Petitioner herein, and respectfully files this motion to suspend rule

9.3 (b) of the Texas Rules of Appellant Procedure, through the

authority of Rule 2 of the Texas Rules of Appellant Procedure and

will show the court the following:

FILED IN
COURT OF CRIMINAL APPEALS

OCT 20 2015

Abel Acosta, Clerk

## I.

Petitioner is filing his Petition for Discretionary Review, PRO SE, in

the Court of Criminal Appeals. For the following reasons Petitioner

respectfully asks the Court to Suspend Rule 9.3 (b):

1) Petitioner is filing Pro Se, and

2) Petitioner is Incarcerated in the Texas Department of Criminal

Justice and does not have access to a copy machine.

## II.

1

Petitioner has shown good cause for Appellant Rule Allowing Appellant Court to suspend the operation of rule for good cause and order a different procedure for cases where suspending a rule will actual facilitate processing the case through the Appellant Court. See Mills v Haggord 17 S.W.3d 462 (Tex. App. - Dist. 2000). So order on this the 16 day of October 2015.

Respectfully Submitted,

*Darryl Dawayne Williams*

Darryl Dwayne Williams
TDCJ-CID # 01910015

## Certificate of Service

I, Darryl Dwayne Williams, do hearby certify that a true and correct copy of the forgoing Motion to Suspend 9.3 (b), has been sent by United States Mail, Postage Pre-paid, First Class, to the State Prosecutor Attorney, P.O. Box 13046, Austin, Texas 78711, on this the 16 day of October, 2015.

*Darryl Dawayne Williams*

Darryl Dwayne Williams

## Inmate Declaration

I Darryl Dwayne Williams, TDCJ-CID # 01910015, being presently incarcerated at the Bill Clements Unit of the Texas Department of Criminal Justice, Institutional Division in Potter County, Texas, verify and declare under penalty of perjury that the foregoing statement are true and correct to the best of my knowledge. Executed on this the 16 day of October, 2015.

*Darryl Dawayne Williams*

Darryl Dwayne Williams
Bill Clements Unit
TDCJ-CID # 01910015
9601 Spur 591
Amarillo, Texas 79107